IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | Criminal Action No. H-93-4<br>Civil Action No. H-06-162 |
| TIBERIO JESUS MEJIA, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

As Petitioner Tiberio Jesus Mejia's Motion Under 28 U.S.C. Section 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civil Document No. 1, Criminal Document No. 205) has been denied, the Court hereby

DISMISSES Tiberio Jesus Mejia's Motion Under 28 U.S.C. Section 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civil Document No. 1, Criminal Document No. 205).

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 14th day of March, 2006.

_____
DAVID HITTNER

United States District Judge